**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6128**

_____

THOMAS M. FAIR, JR., a/k/a Thomas Marvin Fair,

                Plaintiff - Appellant,

      v.

BRIAN P. STIRLING, Director; DR. JOHN B. TOMARCHIO; DR. RANDOLPH,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville. Richard Mark Gergel, District Judge. (6:13-cv-02940-RMG)

_____

Submitted: May 21, 2015                Decided: May 26, 2015

_____

Before MOTZ, KING, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas Marvin Fair, Jr., Appellant Pro Se. Samuel F. Arthur, III, Jay Ritchie Lee, AIKEN, BRIDGES, NUNN, ELLIOTT & TYLER, PA, Florence, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Marvin Fair, Jr., appeals the district court's orders: (1) accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012), complaint, and (2) denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fair v. Stirling, No. 6:13-cv-02940-RMG (D.S.C. Dec. 10, 2014; filed Jan. 20, 2015 & entered Jan. 21, 2015). We deny Fair's motion for appointment of counsel and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2